UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LINDA M. PARKER,                    No. 2:05-cv-1720-MCE-EFB

        Plaintiff,

    v.                              **ORDER RE: SETTLEMENT AND
                                    DISPOSITION**

NEW YORK LIFE INSURANCE and
SUSAN JACKSON,

        Defendants.
_____/

    Pursuant to the representations of the attorney for
Plaintiff, the Court has determined that this case is settled.
In accordance with the provisions of Local Rule 16-160,
dispositional documents are to be filed on or before January 2,
2007.

    Failure to comply with this Order may be grounds for the
imposition of sanctions on any and all counsel as well as any
party or parties who cause non-compliance with this Order.

    IT IS SO ORDERED.

DATED: December 11, 2006



                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE