UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LINDA M. PARKER,

        Plaintiff,

   v.

NEW YORK LIFE INSURANCE and SUSAN JACKSON,

        Defendants.

_____/

No. 2:05-cv-1720-MCE-EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the attorney for Defendants, the Court determined that this case settled as of December 7, 2006.

    Plaintiff's counsel is granted an extension of time to file dispositional documents on or before January 16, 2007. Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

    IT IS SO ORDERED.

DATED: January 3, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE