1 | Eutsch Galen T. Shimoda (Cal. State Bar No. 226752)
**Shimoda Law Group**
2 | 2384 Maritime Drive
Suite 110
3 | Elk Grove, CA 95758
Telephone: (916) 525-0716
4 | Facsimile: (916) 525-9456

5 | Attorneys for Plaintiff, Linda Parker

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 | **Case No. 2:05-CV-1720-MCE-PAN**

LINDA PARKER,

12

            Plaintiff, | **REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER**

13

    vs.

14

NEW YORK LIFE INSURANCE, a

15 | Delaware corporation; SUSAN JACKSON, individually; and DOES 1 to 100, inclusive,

16

        Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1       TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE

2   ATTORNEYS OF RECORD: The parties stipulate that the above-referenced action has

3   been resolved and request that the Court dismiss this Action with prejudice as to all

4   Defendants.

5

6

7   Dated:  January 16, 2007           SHIMODA LAW GROUP

8

9                                        By:  s/ Galen T. Shimoda
                                   Galen Shimoda, Esq.

10                                     Attorneys for Linda Pakrer

11

12  Dated:  January 16, 2007

13                                     By:  s/ Joel M. Van Parys
                                   Joel M. Van Parys

14                                     Attorney for Defendants

15                              **ORDER**

16

17      Based on the parties' stipulation, the Court hereby dismisses this Action with

18  prejudice.

19   Dated:  January 22, 2007

20

21                                     MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28